BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2797

FILED

MAR 17 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
　　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-0132 JAM |
| Plaintiff, | **ORDER TO SEAL**<br>**(Under Seal)** |
| v. | |
| FRANCISCO RANGEL-GUERRERO,<br>JOSE ALFREDO GARCIA-GUILLEN,<br>　aka Gato,<br>EFRAIN BAUPTISTA,<br>VERONICA VILLESENOR, | SEALED |
| Defendants. | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Michael M. Beckwith to seal the indictment, and this Order, in the above-referenced case, shall be sealed until further order of this Court.

DATED: March 17, 2011

　　　　　　　　　　　　　　　　　　　/s/ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　DALE A. DROZD
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

3