**FILED**

MAR 1 7 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )      2:11-cr-0132 JAM
                               )
      v.                       )
                               )   
SEALED,                        )
                               )
            Defendants.        )
_____)

**SEALING ORDER**

    Upon Application of the United States of America and good cause having been shown,

    IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until further order of this Court.

DATED: March 17, 2011

_____
DALE A. DROZD
United States Magistrate Judge

4