BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2797

**FILED**
MAR 31 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br>FRANCISCO RANGEL-GUERRERO,<br>JOSE ALFREDO GARCIA-GUILLEN,<br>　　aka Gato,<br>EFRAIN BAUPTISTA,<br>VERONICA VILLESENOR,<br><br>　　　　Defendants. | Case No. 2:11-CR-0132 JAM<br><br>**ORDER TO SEAL**<br>**(Under Seal)** |

　　The Court hereby orders that the Superseding Indictment, the Petition of Assistant U.S. Attorney Michael M. Beckwith to seal the superseding indictment, and this Order, in the above-referenced case, shall be sealed until further order of this Court.

DATED: March 31, 2011

　　　　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　　　　　**GREGORY G. HOLLOWS**
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　GREGORY G. HOLLOWS
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

3