```
BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant United States Attorney
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2797
```

FILED

APR - 7 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY 
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FRANCISCO RANGEL-GUERRERO,<br>JOSE ALFREDO GARCIA-GUILLEN,<br>　 aka Gato,<br>ALFREDO LUIS GONZALEZ,<br>EFRAIN BAUPTISTA, and<br>VERONICA VILLESENOR,<br><br>　　　　　　Defendants. | Case No. CR S 2:11-0132 JAM<br><br>APPLICATION TO UNSEAL ARREST<br>WARRANTS, INDICTMENT, PETITION<br>TO SEAL, ORDER AND SEALING<br>ORDER;<br>[~~PROPOSED~~] ORDER<br>　DAO |

APPLICATION

On March 17, 2011, this Court issued arrest warrants, petition to seal, order, and sealing order for the above-captioned matter, and sealed these documents as well as the indictment in this case. On March 31, 2011, a superseding indictment was filed, this Court issued arrest warrants for Francisco Rangel-Guerrero, Jose Alfredo Garcia-Gullen and Alfredo Luis Gonzalez,  The arrest warrants, petition to seal, order and

1 indictment were sealed. The arrest warrants for Efrain Bauptista
2 and Veronica Villesenor are in the process of being executed.
3 Efrain Bauptista and Veronica Villesenor are in federal custody
4 in the Central District of California and will need to be
5 arraigned on the charges in the future. The Government
6 respectfully requests that the arrest warrants, indictment,
7 petition to seal, order, sealing order, and any other documents
8 sealed pursuant to the Court's March 17, 2011, and March 31, 2011
9 order be unsealed.

11 DATED: April 7, 2011

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/
MICHAEL M. BECKWITH
Assistant U.S. Attorney

2

ORDER

Upon application of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the arrest warrants, indictment, petition to seal, order, sealing order, and any other documents sealed pursuant to the Court's March 17, 2011, and March 31, 2011, order for the captioned matter be UNSEALED.

Date: ~~March~~ April 7, 2011

_____
HONORABLE DALE A. DROZD
United States Magistrate Judge

3