PHILLIP A. TALBERT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>                v.<br><br>FRANCISCO RANGEL-GUERRERO, ET AL.,<br><br>                Defendants. | CASE NO.  2:11-CR-00132-KJM<br><br>**ORDER** |

Based on the United States' Motion to Dismiss, and pursuant to Rule 48 of the Federal Rules of Criminal Procedure, it is HEREBY ORDERED that the Indictment against Jose Alfredo Garcia-Guillen and Francisco Rangel-Guerrero is dismissed.  Any pending warrant against the defendant is recalled.

DATED:  March 13, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE